UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID B. TODD, III ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:08-0717 |
| ] | Judge Wiseman |
| UNITED STATES OF AMERICA ] | |
|     Respondent. ] | |

**O R D E R**

The petitioner has filed a Notice of Appeal (Docket Entry No.64) challenging orders (Docket Entry Nos.53 and 57) entered by the Court.

He has not yet, however, either paid the fee required for the filing of his appeal or submitted an application to proceed on appeal in forma pauperis.

Accordingly, the petitioner is hereby GRANTED thirty (30) days from the date of entry of this order on the docket in which to submit to the Clerk of this Court either the full appellate filing fee of four hundred fifty five dollars ($455) or an application to proceed on appeal in forma pauperis.

It is so ORDERED.

Thomas A. Wiseman, Jr.
Senior District Judge